# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

FERNANDO VILENA,

        Plaintiff,

v.                               CASE NO. 5:12-cv-287-RS-CJK

BONITA SMITH, et al.,

        Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6).

No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

**ORDERED** on January 22, 2013.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**